# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 22-13135-PMM

RAUL ALEXANDER PORTILLO ARGUETA

837 COATES STREET

COATESVILLE, PA 19320-3371

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    RAUL ALEXANDER PORTILLO ARGUETA

    837 COATES STREET

    COATESVILLE, PA 19320-3371

Counsel for debtor(s), by electronic notice only.

    Michael I. Assad
    Cibik Law, P.C.
    1500 Walnut St, Ste 900
    Philadelphia, PA 19102-

                                                    /S/ Kenneth E. West

Date: 11/16/2023                                    _____

                                                            Kenneth E. West, Esquire
                                                            Chapter 13 Standing Trustee