# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:

    Raul Alexander Portillo Argueta,

    Debtor.

Case No. 22-13135-pmm

Chapter 13

## Certificate of Service

    I certify that on this date I served a true and correct copy of the Debtor's Motion to Modify Chapter 13 Plan along with the notice, proposed order, and proposed plan on the following parties by first class mail or through the CM/ECF system:

U.S. Trustee (CM/ECF)

Kenneth E. West (CM/ECF)

City of Coatesville (CM/ECF)

Coatesville Area School District (CM/ECF)

T Mobile/T-Mobile USA Inc
by American InfoSource as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118

Santander Consumer USA
Po Box 961245
Fort Worth, TX 76161-0244

Chester County Tax Claim Bureau
313 West Market St., Ste. 3602
West Chester, PA 19380

Date: January 8, 2024

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com