United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Raul Alexander Portillo Argueta  
    Debtor

Case No. 22-13135-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Mar 13, 2024      Form ID: pdf900      Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 15, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Raul Alexander Portillo Argueta, 837 Coates Street, Coatesville, PA 19320-3371 |
| cr | + | City of Coatesville and Coatesville Area School Di, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14737673 | | Chester County Auto Finance Inc., PO Box 3149, West Chester, PA 19381-3149 |
| 14737674 | | Chester County Tax Claim Bureau, 313 W Market St, West Chester, PA 19382-2804 |
| 14755623 | + | Chester County Tax Claim Bureau, 313 West Market St., Ste. 3602, West Chester, PA 19382-2804 |
| 14737675 | + | Cibik Law, P.C., 1500 Walnut Street Suite 900, Philadelphia, PA 19102-3518 |
| 14757519 | + | City of Coatesville, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14737676 | | City of Coatesville, c/o Portnoff Law Assoc. LTD, 2700 Horizon Dr Ste 100, Kng of Prussa, PA 19406-2726 |
| 14760623 | + | City of Coatesville, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14757521 | + | Coatesville Area School District, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14737677 | | Coatesville Area School District, c/o Portnoff Law Assoc. LTD, 2700 Horizon Dr Ste 100, Kng of Prussa, PA 19406-2726 |
| 14760624 | + | Coatesville Area School District, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14737686 | | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Mar 14 2024 00:25:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14737678 | Email/Text: notices@burt-law.com | Mar 14 2024 00:25:00 | Coatesville Hospital Corp., c/o Burton Neil & Assoc. P.C., 1060 Andrew Dr Ste 170, West Chester, PA 19380-5601 |
| 14737679 | Email/Text: bankruptcy_notifications@ccsusa.com | Mar 14 2024 00:25:00 | Credit Collection Services, 725 Canton St, Norwood, MA 02062-2679 |
| 14737680 | Email/PDF: ebn_ais@aisinfo.com | Mar 14 2024 00:27:28 | DIRECTV, LLC, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14737681 | Email/Text: bankruptcydepartment@tsico.com | Mar 14 2024 00:25:00 | Eos Cca, Po Box 329, Norwell, MA 02061-0329 |
| 14737682 | Email/Text: Bankruptcy@ICSystem.com | Mar 14 2024 00:25:00 | IC Systems, Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 14737683 | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 14 2024 00:25:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14737684 | Email/Text: fesbank@attorneygeneral.gov | Mar 14 2024 00:25:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120 |
| 14737685 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 14 2024 00:25:00 | Pennsylvania Department of Revenue, Bankruptcy Division, Po Box 280946, Harrisburg, PA 17128-0946 |
| 14737688 | Email/Text: bankruptcy@sw-credit.com | Mar 14 2024 00:25:00 | SWC Group, 4120 International Pkwy # 100, Carrollton, TX 75007-1957 |

| | | | |
|---|---|---|---|
| District/off: 0313-2 | User: admin | | Page 2 of 3 |
| Date Rcvd: Mar 13, 2024 | Form ID: pdf900 | | Total Noticed: 30 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14737687 | | Email/Text: enotifications@santanderconsumerusa.com | Mar 14 2024 00:25:00 | Santander Consumer USA, Po Box 961245, Fort Worth, TX 76161-0244 |
| 14737689 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 14 2024 00:27:17 | T Mobile, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14740529 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 14 2024 00:27:22 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14737690 | | Email/Text: Bankruptcy@TekCollect.com | Mar 14 2024 00:25:00 | TekCollect Inc, Po Box 1269, Columbus, OH 43216-1269 |
| 14737691 | + | Email/Text: bankruptcydepartment@tsico.com | Mar 14 2024 00:25:00 | Transworld System Inc, PO Box 15630, Wilmington, DE 19850-5630 |
| 14737692 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 14 2024 00:25:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14737693 | ^ | MEBN | Mar 14 2024 00:17:46 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 15, 2024         Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 13, 2024 at the address(es) listed below:

**Name**     **Email Address**

JAMES RANDOLPH WOOD
on behalf of Creditor City of Coatesville and Coatesville Area School District jwood@portnoffonline.com jwood@ecf.inforuptcy.com

KENNETH E. WEST
ecfemails@ph13trustee.com philaecf@gmail.com

MICHAEL A. CIBIK
on behalf of Debtor Raul Alexander Portillo Argueta help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

MICHAEL I. ASSAD
on behalf of Debtor Raul Alexander Portillo Argueta help@cibiklaw.com

| | |
|---|---|
| | noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                             Chapter 13
RAUL ALEXANDER PORTILLO ARGUETA

                Debtor              Bankruptcy No. 22-13135-PMM

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** if the case has been confirmed and the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

**Date: March 13, 2024**

_Patricia M. Mayer_
Honorable Patricia M. Mayer
Bankruptcy Judge